**No. 67571.**—William Shaland Corp. *v.* United States, protests 59/22856 and 59/20267 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists or miniature pocketknives similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.